NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Rudy R. Perrino (SBN 190627)
KUTAK ROCK LLP
777 South Figueroa Street
Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
ATTORNEY(S) FOR: Plaintiff Sky Financial and Intelligence, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY FINANCIAL AND INTELLIGENCE, LLC, a limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>CLIQ, INC., a California Corporation,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:22-cv-1670<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Sky Financial and Intelligence, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sky Financial and Intelligence, LLC | Plaintiff |
| Kenneth Haller | Member of Plaintiff |
| Forza Capital LLC | Litigation finance |

September 9, 2022
Date

Signature
Rudy R. Perrino

Attorney of record for (or name of party appearing in pro per):

Plaintiff Sky Financial and Intelligence, LLC

CV-30 (05/13)                               **NOTICE OF INTERESTED PARTIES**