Steven A. Heath (SBN 250867)
Uyen N. Nguyen (SBN 20973)
**HEATH STEINBECK, LLP**
407 N. Maple Drive, Ground Floor
Beverly Hills, CA 90210
Telephone: (213) 335-6241
Facsimile: (213) 335-6246
E-Mail: saheath@heathsteinbeck.com
E-Mail: unguyen@heathsteinbeck.com

Oliver D. Griffin (Admitted Pro Hac Vice)
Peter N. Kessler (Admitted Pro Hac Vice)
**GRIFFIN PARTNERS LLP**
123 S. Broad Street, Suite 1850
Philadelphia, Pennsylvania 19109
Telephone (267) 313-0766
Direct Dial: 267.499.3282
State of Pennsylvania Bar No. 209033
Email: Peter.kessler@griffinlawllp.com

*Attorneys for Plaintiff*
*Sky Financial and*
*Intelligence, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY FINANCIAL AND INTELLIGENCE, LLC, a limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>CLIQ, INC., a California corporation<br><br>    Defendants. | Case No.: 8:22-cv-01670-ADS<br><br>[Assigned for all purposes to Magistrate Judge Autumn D. Spaeth, Courtroom 6B]<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br>Final Pre-Trial Conference: 9/17/25<br><br>Complaint filed:  9/12/22<br><br>Trial date:  12/2/25 |

Plaintiff    SKY    FINANCIAL    AND    INTELLIGENCE,    LLC
("Plaintiff"), submits the following list of exhibits.

Case Title: <u>Sky Financial and Intelligence LLC v. Cliq, Inc.</u>

Case No.: <u>8:22-cv-01670-ADS</u>

| <u>No. of Exhibit</u> | <u>Description</u> | <u>Date Identified</u> | <u>Date Admitted</u> |
|---|---|---|---|
| 1 | **Makaio Lyman Crisler Deposition ("Crisler Deposition")Transcript dated 8/7/2024** | | |
| 2 | Exhibit 1 to Cristler's Deposition on 8/7/2024: Crisler document production - email exchanges between L. Crisler and K. Haller et al. with financial document attachments dated 2018-2023 (Crisler, Ex. 1) LC 001-704 | | |
| 3 | Exhibit 2 to Crisler's Deposition on 8/7/2024: U.S. District Court of Utah Superceding Indictment in USA v. Lyman, et al. Case 2:22-cr-00481-CW dated 3/29/2023 | | |
| 4 | Exhibit 3 to Crisler's Deposition on 8/7/2024: U.S. District Court of Utah Arrest Warrant in USA v. Lyman, et al. case  2:22-cr-00481-CW dated 12/8/2022. | | |
| 5 | Exhibit 4 to Crisler's | | |

- 2 -

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Deposition on 8/7/2024: U.S. District Court of Utah United States' Position Regarding Detention in USA v. Lyman, et al.case 2:22-cr-00481-CW dated 12/13/2022 | | |
| 6 | **Ken Haller Deposition Transcript dated 1/28/2025** | | |
| 7 | Exhibit 1 to Haller's Deposition on 1/28/2025: Defendant's 6th Amended Notice of Deposition of Plaintiff Pursuant to FRCP 30(b)(6) with Request for Documents dated 12/19/24 | | |
| 8 | Exhibit 2 to Haller's Deposition on 1/28/2025: Greenbox Cliq Residuals dated 2021   SKY 50 | | |
| 9 | Exhibit 3 to Haller's Deposition on 1/28/2025: XY Merchant Processing Application dated 9/10/2020 XY 107-111 | | |
| 10 | Exhibit 4 to Haller's Deposition on 1/28/2025: ChargeSavvy Merchant Application  dated 3/18/2020 XY 135-156 | | |
| 11 | Exhibit 5 to Haller's Deposition on 1/28/2025: Cliq Acquiring Schedule Addendum dated 9/18/2020.       - 3 - | | |

**PLAINTIFF'S EXHIBIT LIST**

| 12 | Exhibit 6 to Haller's Deposition on 1/28/2025: Release Agreement between CharesSavvy LLC and Worldpay LLC dated 2/19/2021 XY 130-134. | | |
|---|---|---|---|
| 13 | Exhibit 7 to Haller's Deposition on 1/28/2025: Emails of various dates between Cliq and XY  XY 001-106. | | |
| 14 | Exhibit 8 to Haller's Deposition on 1/28/2025: Performance Wellness/Boost Energizer Merchant Processing Application dated 9/30/2020 | | |
| 15 | Exhibit 9 to Haller's Deposition on 1/28/2025: Healthwatch/Clarity Revitalizer Merchant Processing Application dated 9/30/2020. | | |
| 16 | Exhibit 10 to Haller's Deposition on 1/28/2025: Elevate Health Supplements/Pure Health Burn Merchant Processing Application dated 9/30/2020. | | |
| 17 | Exhibit 11 to Haller's Deposition on 1/28/2025: Natural Nutrition Supplements/Sold Enhancement Merchant Processing Application dated 9/30/2020. | | |

- 4 -

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 18 | Exhibit 12 to Haller's Deposition on 1/28/2025: Mainstream Nutracuticals/Wellness Protector Merchant Processing Application dated 9/30/2020. | | |
| 19 | Exhibit 13 to Haller's Deposition on 1/28/2025: Luxurious Health Merchant Processing Application dated 7/12/2021. | | |
| 20 | Exhibit 14 to Haller's Deposition on 1/28/2025: Premiere Health Merchant Processing Application dated 7/12/2021 | | |
| 21 | Exhibit 15 to Haller's Deposition on 1/28/2025: Text message from K. Haller undated. | | |
| 22 | **Markus Levin Deposition ("Levin Deposition") Transcript dated 1/24/2025** | | |
| 23 | Exhibit 1 to Levin's Deposition on 1/24/2025: XY Company Merchant Processing Application dated 9/10/2020 XY 107-111 | | |
| 24 | Exhibit 2 to Levin's Deposition on 1/24/2025: Evolve Bank and trust Merchant Processing Agreement dated 11/7/2019  XY 112-129 | | |

5

**PLAINTIFF'S EXHIBIT LIST**

| 25 | Exhibit 3 to Levin's Deposition on 1/24/2025: ChargeSavvy Merchant Application  dated 3/18/2020  XY 135-156 | | |
|---|---|---|---|
| 26 | Exhibit 4 to Levin's Deposition on 1/24/2025: Release Agreement between CharesSavvy LLC and Worldpay LLC dated 2/19/2021. | | |
| 27 | **Andy Phillips Deposition ("Phillips Deposition") Transcript dated 1/30/2025** | | |
| 28 | Exhibit 1 to Phillips Deposition on 1/30/2025: Cliq Acquiring Independent Contractor Agreement with Sky Financial & Intelligence LLC dated 4/23/2020 SKY12-001 -003 | | |
| 29 | Exhibit 2 to Phillips Deposition on 1/30/2025: Cliq Acquiring Schedule Addendum dated 9/18/2020 | | |
| 30 | Exhibit 3 to Phillips Deposition on 1/30/2025: Cliq AgenyOffice Residual Report for Sky Financial for period 202011; dated 2020-2021. | | |
| 31 | Exhibit 4 to Phillips Deposition on 1/30/2025: Emails between Ken | | |

- 6 -

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Haller and Andy Phillips re Cliq Residual re Report for Sky Financial and Intel for period 202011 SKY 18-29; dated 02/02/2021. | | |
| 32 | Exhibit 5 to Phillips Deposition on 1/30/2025: Email from ken Haller to Andy Phillips re Cliq Residual Report - Sky Financial and Intel (HR) 202103  SKY 01-04; dated 05/12/2021. | | |
| 33 | Exhibit 6 to Phillips Deposition on 1/30/2025: Email from Ken Haller to John Blaugrund re Cliq Residual Report - Sky Financial and Intel (HR) 202204  SKY 09-10; dated 06/23/2022 | | |
| 34 | Exhibit 7 to Phillips Deposition on 1/30/2025: Email from Ken Haller to John Blaugrund re Cliq Residual Report - Sky Financial and Intel (HR) 202205  SKY 11- 14; dated 07/28/2022 | | |
| 35 | Exhibit 8 to Phillips Deposition on 1/30/2025: Email from Ken Haller to John Blaugrund re Cliq Residual Report - Sky Financial and Intel (HR) 202206  SKY 15-17; dated 08/02/2022 | | |
| 36 | Exhibit 9 to Phillips Deposition on 1/30/2025: | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Luxurious Health Merchant Processing Application dated 7/12/2021; dated 07/12/2021 | | |
| 37 | Exhibit 10 to Phillips Deposition on 1/30/2025: Premiere Health Merchant Processing Application dated 7/12/2021; dated 07/12/2021 | | |
| 38 | Exhibit 11 to Phillips Deposition on 1/30/2025: Text message between Ken Haller and Andy Phillips dated 4/19/2020; dated 04/19/2020 | | |
| 39 | Exhibit 12 to Phillips Deposition on 1/30/2025: Cliq's Answer to Complaint; dated 02/27/2023 | | |
| 40 | Exhibit 13 to Phillips Deposition on 1/30/2025: Defendant Cliq's Responses to Plaintiff Sky Financial and Intelligence LLC's Requests for Procution, Set One; dated 09/01/2023 | | |
| 41 | Exhibit 14 to Phillips Deposition on 1/30/2025: AgenyOffice Residual Excel Spreadsheet for Sky Financial for period 202104; dated 2020-2021 | | |
| 42 | Cliq Residual Report for Sky Financial 202104; SKY 5499; 2025.01.29 | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Production | | |
| 43 | Cliq Residual Report for Sky Financial 202108; SKY 5500; 2025.01.29 Production | | |
| 44 | Cliq Residual Report for Sky Financial 202012; SKY 5501; 2025.01.29 Production | | |
| 45 | Cliq Residual Report for Sky Financial 202102; SKY 5502; 2025.01.29 Production | | |
| 46 | Cliq Residual Report for Sky Financial 202101; SKY 5503; 2025.01.29 Production | | |
| 47 | Cliq Residual Report for Sky Financial 202107; SKY 5504; 2025.01.29 Production | | |
| 48 | Cliq Residual Report for Sky Financial 202116; SKY 5505; 2025.01.29 Production | | |
| 49 | Cliq Residual Report for Sky Financial 202103; SKY 5506; 2025.01.29 Production | | |
| 50 | Cliq Residual Report for Sky Financial 202105; SKY 5507; 2025.01.29 Production | | |
| 51 | Cliq Residual Report for Sky Financial 202011; SKY 5648; 2025.01.29 Production | | |

**PLAINTIFF'S EXHIBIT LIST**

| 52 | Cliq Residual Report for Sky Financial 202111; SKY 5649; 2025.01.29 Production | | |
| 53 | Cliq Residual Report for Sky Financial 20210; SKY 5650; 2025.01.29 Production | | |
| 54 | Cliq Residual Report for Sky Financial 202110; SKY 5651; 2025.01.29 Production | | |
| 55 | Cliq Residual Report for Sky Financial 202009; SKY 5652; 2025.01.29 Production | | |
| 56 | Cliq Residual Report for Sky Financial 202109; SKY 5653; 2025.01.29 Production | | |
| 57 | Cliq Residual Report for Sky Financial 202203; SKY 5654; 2025.01.29 Production | | |
| 58 | Cliq Residual Report for Sky Financial 202204; SKY 5655; 2025.01.29 Production | | |
| 59 | Cliq Residual Report for Sky Financial 202205; SKY 5668; 2025.01.29 Production | | |
| 60 | Cliq Residual Report for Sky Financial 202206; SKY 5669; 2025.01.29 Production | | |
| 61 | Cliq Acquiring Independent Contractor | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Agreement executed by Haller for Sky on April 15, 2020 and executed by Phillips for Cliq on April 23, 2020.  SKY 65-67 | | |
| 62 | Cliq Acquiring Schedule Addendum dated September 18, 2020. SKY 1401-1402 | | |
| 63 | Email dated 2020.06.02 from Haller to Cliq<br><br>Re: Merchants were both supposed to be boarded at 4%, not 2.5%.  SKY 508-512 | | |
| 64 | Email dated 2020.08.03 from Haller to Cliq<br><br>Re: Sky-Cliq Split is 60%, not 50%; Received less than in the report 202006 SKY 4944-4946 | | |
| 65 | Email dated 2020.09.02 from Haller to Cliq<br><br>Re: Accounts showing only 25% residuals instead of 50%  SKY 756-757 | | |
| 66 | Email dated 2020.09.23 from Haller to Cliq<br><br>Re: "Mall Accounts" with over 500k in outstanding funds  SKY 832-833 | | |
| 67 | Email dated 2020.10.02 from Ken to Cliq<br><br>Re: ACH rejects "A lot of money came out" and "no deposits hit"  SKY 134-135 | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 68 | Email dated 2020.10.16 from Haller to Cliq<br><br>Re: "No deposits again today!"  SKY 3373-3376 | | |
| 69 | Email dated 2020.10.20 from Haller to Cliq<br><br>Re: Merchant accounts are not working  SKY 2035-2040 | | |
| 70 | Email dated 2020.11.05 from Haller to Cliq<br><br>Re: "Nothing in bank account today"  Bodhe and Teady   SKY 633-639 | | |
| 71 | Email dated 2020.11.06 from Haller to Cliq<br><br>Re: "No deposit again!!" Bodhe and Teady  SKY 633-639 | | |
| 72 | Email dated 2020.12.09 - 2020.12.17 from Haller to Cliq<br><br>Re: Remediation plan limitless, confusion over 179 chargebacks at 2.48% volume   SKY 690-695 | | |
| 73 | Email dated 2020.12.28 Cliq recognizing that Ken "asked [Andy] on numerous occasions for reserve releases on Teade and Bodhe."  SKY 191-193 | | |
| 74 | Email dated 2021.01.11 from Haller to Cliq requesting to release holds on two merchants  SKY- | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | 713-715 | | |
| 75 | Email dated 2021.01.14 from Haller to Cliq<br><br>Re: Haller is owed $89,000 more for period 202011  SKY 2059-2068 | | |
| 76 | Email dated 2021.01.18 from Haller to Cliq<br><br>Re: Processing Limitless through questionable gateways  SKY 740 | | |
| 77 | Email dated 2021.02.02 from Haller to Cliq<br><br>Re: Request to push outstanding funds owed SKY 1050-1061 | | |
| 78 | Email dated 2021.02.05 from Limitless to a third party about experiencing issues with MIDs and not receiving alerts  SKY 521-547 | | |
| 79 | Email dated 2021.03.16 Haller to Cliq to "release the rest of Bodhe/Teady reserves" because "[t]here hasn't been a chargeback in over a month on either account and the CB window is over."  SKY 1063-1064 | | |
| 80 | Email dated 2021.03.25 Limitless to Cliq about "a major discrepancy with the count and dollar value of chargebacks …[t]he numbers in Paybycliq are almost double…."  SKY | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | 353-357 | | |
| 81 | Email dated 2021.04.29 from Efortify to Cliq about errors   SKY 1763-1767 | | |
| 82 | Email dated 2021.05.05 from Haller to Cliq Re: "over $1.5M of funds on hold" for Efortify merchants   SKY 133 | | |
| 83 | Email dated 2021.05.11 from Haller to Cliq Re: Errors in the 202103 report including discrepancies in failing to account for "75% for ecommerce" and "the missing merchants"  SKY 1934-1937 | | |
| 84 | Email dated 2021.05.13 from Haller to Cliq about "the extra held funds" from Bodhe/Teady reserves   SKY 2198-2201 | | |
| 85 | Email dated 2021.05.18 from Limitless to Cliq regarding declines   SKY 1334 | | |
| 86 | Email dated 2021.05.19 from Haller to Cliq Re: MATCH report for Pouya account  SKY 125-129 | | |
| 87 | Email dated 2021.05.28 from Haller to Cliq Re: Discrepancy in amounts marked as paid to Haller vs what he received | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | SKY 4027-4028 | | |
| 88 | Email dated 2021.06.21 from Haller to Cliq<br><br>Re: "Merchant is freaking out."  SKY 4685-4687 | | |
| 89 | Email dated 2021.06.22 from Merchant, Kevin Gall of WholeSale Response, to Cliq<br><br>Re: "I'm suspecting FRAUD at this point. Simply 10 minute arithmetic proves you guys lost my money…."  SKY 4931 | | |
| 90 | Email dated 2021.06.24 from Haller to Cliq<br><br>RE: Again requesting to remove Pouya account from MATCH  SKY 125-129 | | |
| 91 | Email dated 2021.06.29 Cliq regarding reconciliation for WholeSale Response account  SKY 4909-4912 | | |
| 92 | Email dated 2021.07.16 from Pouya to Cliq<br>Re: requesting another release of funds and status on the remaining $450k from the first release; "the Efortify merchants were to receive $1mm in reserves but only received $550k. | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | There was also one merchant that didn't receive any funds."   SKY 2579-2590 | | |
| 93 | Email dated 2021.08.04 from Haller to Cliq about Target MIDS<br><br>Re: "Target wants to get back up their volume but their approval % is awful.  We saw this happen w/ limitless too." SKY 1835-1838 | | |
| 94 | Email dated 2021.08.19 from Haller to Cliq regarding "the second wire that was not received for $34k" for Wholesale Response  SKY 1147-1149 | | |
| 95 | Email dated 2021.09.23 from Haller to Cliq regarding missing payments for XY Labs SKY 4209 | | |
| 96 | Email dated 2021.11.30 from Haller to Cliq regarding residual errors with at least $114k due and owing  SKY 502-504 | | |
| 97 | Email dated 2021.12.02 from Haller to Cliq<br><br>Re: "You arbitrarily drop commission %s!"  SKY 930-934 | | |
| 98 | Email dated 2021.12.08 - 2021.12.09 from Haller to Cliq | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | RE: "I found an error in your calculation" and "the issue is the calculation formula you have in Column S which is the column 'residuals that should have been paid….'"  SKY 2391-2396 | | |
| 99 | Email dated 2021.12.20 from Haller to Cliq<br><br>RE: Errors in the recon document provided  SKY 200-201 | | |
| 100 | Email dated 2022.01.04 from Haller to Cliq<br><br>Re: "You arbitrarily lowered Target to 25% and Jas to %50 and a bunch of others. Which cost me over $1.5 million dollars!!"  SKY 1121-1130 | | |
| 101 | Email dated 2022.04.20 from Merchant to Cliq requesting to release their funds held up  SKY 5007-5044 | | |
| 102 | Email dated 2022.05.24 from Haller to Cliq<br><br>Re: "[J]ust pay me on my accounts please…[i]ncluding Jas. You are very far behind on that."  SKY 1037-1040 | | |
| 103 | Email dated 2022.06.13 from Haller to Cliq<br><br>Re: "[W]as the fine appealed? The merchant | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | said no collection attempt hit the account. This is of particular important to me because I ended up paying for it!"  SKY 771-776 | | |
| 104 | Email dated 2022.07.12 Haller to Cliq<br><br>Re: "I owe $0 to agents because I keep paying everyone out….just reconcile my account" following Andy's statement "I dropped commissions on your account commensurate with my increased costs." SKY 1239-1245 | | |
| 105 | Email dated 2022.08.25 from Haller to Cliq  Re: "Andy I can't play this game any longer. Do you agree to wire $217k which was the difference on Scott's accounts paid out at 25% instead of 50%? I'm willing to settle for that amount against every bone in my body but I need a wire or ach initiated today."   SKY 1104-1117 | | |
| 106 | Email dated 2022.08.02 from Haller to Cliq requesting to "please update my residual report - I have to pay the agent or he is going to move the account elsewhere."   SKY 4944-4946 | | |
| 107 | Merchant Processing | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | Statements dated September 2020  SKY 5508-10, 5513-14, 5523 | | |
| 108 | Merchant Processing Statements dated October 2020  SKY 5533, 5541-444, 5547-48 | | |
| 109 | Merchant Processing Statements dated November 2020.  SKY 5532, 5545-46, 5549-50, 5554-55, 5556-57 | | |
| 110 | Merchant Processing Statements dated December  2020  SKY 5515-18, 5540, 5551, 5580-85 | | |
| 111 | Merchant Processing Statements dated January 2021  SKY 5552-53, 5568-69, 5586-87, 5592-93, 5598, 5599, 5609 | | |
| 112 | Merchant Processing Statements dated February 2021  SKY 5560-61, 5566-67, 5572-75, 5590-91, 5594-97, 5610-11, 5616-19 | | |
| 113 | Merchant Processing Statements dated March 2021  SKY 5524-27, 5562-65, 5570-71, 5576-79, 5588-89, 5604, 5620-23, 5656-27, 5632-33 | | |
| 114 | Merchant Processing Statements dated April 2021  SKY 5511-12, 5519-20, 5528-31, 5536- | | |

**PLAINTIFF'S EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | 37, 5624-35 | | |
| 115 | Merchant Processing Statements dated May 2021  SKY 5605-08, 5614-15, 5628-29 | | |
| 116 | Merchant Processing Statements dated June 2021 SKY 5632-33 | | |
| 117 | Merchant Processing Statements dated July 2021 SKY 5534-45, 5600-03, 5612-13, 5632-33, 5634-36, 5639-40 | | |
| 118 | Merchant Processing Statements dated August 2021  SKY 5521-22, 5630-31, 5637-38, 5641, 5644 | | |
| 119 | Merchant Processing Statements dated September 2021  SKY 5508-10, 5613-14, 5623, 5638-39, 5645-47 | | |
| 120 | Merchant Processing Statements dated October 2021  SKY 5533, 5541-44, 5547-48, 5642-43 | | |
| 121 | Merchant Processing Statements dated December 2021  SKY 5515-18, 5540, 5551, 5558-59, 5580-85 | | |
| 122 | Cliq Residual Report for Sky Financial 202205 SKY 3929 | | |
| 123 | Cliq Residual Report for Sky Financial 202202 SKY 4008 | | |

**PLAINTIFF'S EXHIBIT LIST**

| 124 | Cliq Residual Report for Sky Financial 202104 SKY 4214 | | |
|-----|-----|-----|-----|
| 125 | Cliq Residual Report for Sky Financial 202210 SKY 4267 | | |
| 126 | Cliq Residual Report for Sky Financial 202112 SKY 4268 | | |
| 127 | Cliq Residual Report for Sky Financial 202302 SKY 4270 | | |
| 128 | Cliq Residual Report for Sky Financial 202307 SKY 4581 | | |
| 129 | Cliq Residual Report for Sky Financial 202201 SKY 4619 | | |
| 130 | Cliq Residual Report for Sky Financial 202307 SKY 4791 | | |
| 131 | Cliq Residual Report for Sky Financial 202302 SKY 4806 | | |
| 132 | Cliq Residual Report for Sky Financial 202208 SKY 4823 | | |
| 133 | Cliq Residual Report for Sky Financial 202211 SKY 4980 | | |

**PLAINTIFF'S EXHIBIT LIST**

Dated: August 27, 2025

**GRIFFIN PARTNERS LLP
HEATH STEINBECK LLP**

By: _/s/  Peter N. Kessler_
Peter N. Kessler
Steven A. Heath
Uyen N. Nguyen
*Attorney for Plaintiff
Sky Financial and Intelligence, LLC*

- 22 -

**PLAINTIFF'S EXHIBIT LIST**