1  Steven A. Heath (SBN 250867)
2  Uyen N. Nguyen (SBN 20973)
   **HEATH STEINBECK, LLP**
3  407 N. Maple Drive, Ground Floor
   Beverly Hills, CA 90210
4  Telephone: (213) 335-6241
   Facsimile: (213) 335-6246
5  E-Mail: saheath@heathsteinbeck.com
   E-Mail: unguyen@heathsteinbeck.com

6
   Peter N. Kessler (Admitted Pro Hac Vice)
7  **GRIFFIN PARTNERS LLP**
8  123 S. Broad Street, Suite 1850
   Philadelphia, Pennsylvania 19109
9  Telephone (267) 313-0766
10 Direct Dial: 267.499.3282
   State of Pennsylvania Bar No. 209033
11 Email: Peter.kessler@griffinlawllp.com

12 *Attorneys for Plaintiff*
   *Sky Financial and*
13 *Intelligence, LLC*

14
                **UNITED STATES DISTRICT COURT**
15
               **CENTRAL DISTRICT OF CALIFORNIA**
16

17 | SKY FINANCIAL AND | Case No.: 8:22-cv-01670-ADS |
18 | INTELLIGENCE, LLC, a limited | [Assigned for all purposes to |
   | liability company, | Magistrate Judge Autumn D. Spaeth, |
19 | | Courtroom 6B] |
20 | Plaintiffs, | **PLAINTIFF'S WITNESS LIST** |
   | v. | |
21 | CLIQ, INC., a California corporation | Final Pre-Trial Conference: 9/17/25 |
22 | Defendants. | |
23 | | |
   | | Complaint filed:  9/12/22 |
24 | | Trial date:  12/2/25 |
25

26

27

28

                      **PLAINTIFF'S WITNESS LIST**

Plaintiff SKY FINANCIAL AND INTELLIGENCE, LLC ("Plaintiff"),

submits the following witness list (this list does not include those contemplated to

be used solely for impeachment):

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Crisler, Makaio Lyman; 242 E 2540 N, Provo, UT 84604-6148; 801-404-8231 | Will testify via Deposition Designation pursuant to Rule 32(a)(3) and/or 32(a)(4).<br><br>**Deposition Transcript dated 08.07.2024:**<br><br>Tr. 34:3-12 (Chrisler assumed Phillips to be involved with the merchants sent to Cliq because he owns the company);<br><br>Tr. 34:16 – 36:1 (Crisler had phone conversations and exchanged emails with Andy Phillips, but he asserted the Fifth Amendment when asked about the content of these communications regarding merchants sent to Cliq);<br><br>Tr. 36:5 – 37:9, 37:11-37:15, 37:19-37:22 (Crisler asserted the Fifth Amendment when asked if Phillips advised him on strategies for obfuscating the nature of merchants sent to Cliq or about engaging in friendly transactions); | | | |

- 2 -

**PLAINTIFF'S WITNESS LIST**

| | | | | | |
|---|---|---|---|---|---|
| | | Tr. 38:1-17 (Crisler asserted the Fifth Amendment when questioned about whether Phillips encouraged him to establish merchant IDs without Ken Haller's knowledge);<br><br>Tr. 39:11-40:21(Crisler also asserted the Fifth Amendment when questioned about whether Phillips encouraged him to open more than 20 merchant IDs that Haller was not aware of; since the indictment, Crisler has spoken with Phillips, who provided moral support, but Crisler asserted the Fifth Amendment when asked if Phillips raised concerns about friendly transactions due to the indictment; Crisler was not aware of any willful violations by Phillips of any FTC or other administrative orders). | | | |
| | Haller, Ken; c/o Plaintiff's counsel of record | Live | | | |
| | Levin, Markus; 2945 Granada Avenue, San Diego, CA 92104-4935; 760-681-7732 | Will testify via Deposition Designation pursuant to Rule 32(a)(3) and/or 32(a)(4).<br><br>**Deposition Transcript dated 01.24.2025**:<br>Tr. 143:7 – 22 (Levin confirmed that he worked with Haller, who helped in | | | |

- 3 -

**PLAINTIFF'S WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| | obtaining payment processing accounts. He acknowledged that Haller did good work in securing these accounts. Levin stated that he had no complaints about the payment processing accounts obtained by Haller.) Tr. 144:3 - 10 (Levin acknowledged that he was aware of the termination of XY Labs, Inc.'s merchant account after the lawsuit commenced. He was asked if Cliq had a good faith basis for terminating the entity, to which he responded that he did not know.) | | | |
| Phillips, Andy; c/o Defendant's counsel of record | Live | | | |

*Indicates that witness will be called only if the need arises.

- 4 -

**PLAINTIFF'S WITNESS LIST**

1   Dated: August 27, 2025            **GRIFFIN PARTNERS LLP**

2                              **HEATH STEINBECK LLP**

By: _/s/  Peter N. Kessler_
Peter N. Kessler
Steven A. Heath
Uyen N. Nguyen
_Attorney for Plaintiff_
_Sky Financial and Intelligence, LLC_

- 5 -

**PLAINTIFF'S WITNESS LIST**